UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Steven C. Mannion, U.S.M.J. |
| v. | Mag. No. 15-6096 |
| FATIMAH JOHNSON, a/k/a "Faddy" | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Osmar J. Benvenuto and Barry A. Kamar, Assistant United States Attorneys, appearing), and the defendant Fatimah Johnson a/k/a "Faddy" (Steven F. Roth, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that she has the right, under 18 U.S.C. § 3161(b), to have the matter presented to a Grand Jury within thirty (30) days of her arrest; and the Defendant through her attorney having consented to the continuance; and four prior continuance having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this ___6___ day of June, 2016,

ORDERED that the proceedings in the above-captioned matter are continued from the date of this order through July 30, 2016; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STEVEN C. MANNION
United States Magistrate Judge

Consented and Agreed to by:

_Steven F Roth / by OJB_
Steven F. Roth, Esq.
Counsel for Defendant

RECEIVED IN THE CHAMBERS OF

JUN -6 2016

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.

_____
Osmar J. Benvenuto
Barry A. Kamar
Assistant United States Attorneys